UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CANDIDO ORTIZ-MARTINEZ, : | |
| : | Civil Action No. 09-4698 (RMB) |
| Petitioner, : | |
| : | |
| v. : | **O R D E R** |
| : | (CLOSED) |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |

THIS MATTER having come before the Court by way of petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on behalf of Petitioner Candido Ortiz-Martinez, and for the reasons set forth in the Opinion filed herewith,

IT IS on this **24th** day of **June 2010**,

**ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**, for lack of subject matter jurisdiction; and it is further

**ORDERED** that Petitioner's motion for bail (Docket entry no. 3) is **DENIED** as moot; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order upon Petitioner by regular mail; and it is finally

**ORDERED** that the Clerk is directed to close the file accordingly.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge